# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

DUSTIN GRAMPS, on behalf of :    Case No. 5:25-cv-00373
himself and

all others similarly situated,    :    Judge Mendoza

       Plaintiff,      :

v.

            :

CZAR MARKETING
GROUP, LLC, *et al.*      :

       Defendants.      :

## DEFENDANTS' CZAR MARKETING GROUP, LLC AND VACATION RESORT CONSULTANTS' NOTICE OF RELATED ACTIONS

Defendants, CZAR Marketing Group, LLC and Vacation Resort Consultants, LLC, by and through undersigned counsel, state as follows:

I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.

Dated: September 29, 2025

Respectfully submitted,

**COZEN O'CONNOR**

*/s/Ashley Gomez-Rodon*____
Ashley Gomez Rodon (FBN 1010237)
Agomez-rodon@cozen.com
Southeast Financial Center
200 South Biscayne Blvd.,
Suite 300
Miami, Florida 33131
Tel: (305) 358-2966
Fax: (305) 704-5955

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2025, true and accurate copies of the foregoing is being filed with the Court's ECF/CM which will send electronic notice to all attorneys of record.

**VIA CM/ECF:**
Christopher Gold, Esq.
Gold Law, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139 305-900-4653
Email: chris@chrisgoldlaw.com
*Attorney for Plaintiff and
the Proposed Class*

Signed:

*/s/Ashley Gomez-Rodon*____
Ashley Gomez Rodon
(FBN 1010237)
*Attorney for Defendants*