**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| DUSTIN GRAMPS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CZAR MARKETING GROUP, LLC, VACATION RESORTS CONSULTANTS, LLC d/b/a ANY 3 NIGHTS, AND SPINNAKER RESORTS, INC.,<br><br>Defendants. | Case No.: 5:25-CV-00373-CEM-PRL<br><br>Judge Carlos E. Mendoza<br><br>Magistrate Judge Philip R. Lammens |

**AFFIDAVIT OF JOSH HAMBURG IN SUPPORT OF DEFENDANT CZAR MARKETING GROUP, LLC'S RESPONSE TO ECF NO. 65 ORDER TO SHOW CAUSE**

I, Josh Hamburg, being duly sworn, depose and state:

1. I am the President of Czar Marketing Group, LLC ("Czar"). I make this affidavit based on my personal knowledge, my familiarity with Czar's business practices and record-keeping systems, and my review of the records described herein.

2. In the ordinary course of its business, Czar maintains call-detail and contact records documenting outbound and inbound telephone

communications, including dates and times of calls, originating and destination numbers, call outcomes, call durations, agent identifiers, and related metadata. These records are created at or near the time of the events they describe by personnel with knowledge or by automated systems upon which Czar relies, and they are kept as part of Czar's regularly conducted business activities.

3. The specific system Czar used during the four years preceding Plaintiff filing his complaint is a platform known as "DialedIn" (the "DialedIn System"). The DialedIn System is used to originate, manage, and record the foregoing call-related data.

4. On August 31, 2026, I conducted a search of the DialedIn System (the "Search"). The Search parameters were set to capture all DialedIn records of calls placed to the Plaintiff's telephone number ending in 0808, for the period from June 12, 2021 through the date of the Search.

5. The records I identified and reviewed are DialedIn call-detail records and associated metadata reflecting calls placed to the Plaintiff's telephone number ending in 0808 within the date range described above (the "DialedIn Call Records"). The DialedIn Call Records are business records maintained by Czar in the ordinary course of its regularly conducted business activities, made at or near the time of the recorded events by, or

from information transmitted by, a person with knowledge or by automated systems, and kept as part of Czar's routine record-keeping practice.

6. The Search was designed and executed to capture all data within the DialedIn System related to calls placed to the Plaintiff's telephone number ending in 0808 during the period June 12, 2021 through the date of the Search. Based on my knowledge of the DialedIn System and Czar's use of it, the Search results reflect all responsive DialedIn call records for that number and date range.

7. To the extent any report, export, or compilation was generated from the DialedIn System reflecting the Search results, such report, export, or compilation is a true and accurate extraction of the DialedIn Call Records maintained in the ordinary course of Czar's business.

8. I am knowledgeable about the manner in which the DialedIn System records and stores call data and how such data is retrieved. If called as a witness, I could and would competently testify to the facts stated herein based on my personal knowledge and review of the DialedIn Call Records.

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

DATED this 31st day of August 2026

Signature of Affiant

SWORN to and subscribed before me this 31st day of August 2026

State of Nevada
County of Clark

NOTARY PUBLIC

JOMILA TAN
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-2299-01
My Appt. Expires November 21,2028