**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

DUSTIN GRAMPS, individually and on Behalf of all others similarly situated,

Plaintiff,

v.

CZAR MARKETING GROUP, LLC, VACATION RESORTS CONSULTANTS, LLC d/b/a ANY 3 NIGHTS, AND SPINNAKER RESORTS, INC.,

Defendants.

Case No.: 5:25-CV-00373-CEM-PRL

**DEFENDANTS CZAR MARKETING GROUP, LLC'S AND VACATION RESORTS CONSULTANTS, LLC'S JOINT MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF ASHLEY GOMEZ-RODON; AND NOTICE OF APPEARANCE OF NELSON C. BELLIDO OF ROIG LAWYERS**

The undersigned jointly move the Court for entry of an order permitting the withdrawal of Ashley Gomez-Rodon, Esq. as counsel of record for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights and substituting Nelson C. Bellido, Esq. of ROIG Lawyers as counsel of record for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights. Contemporaneously, Nelson C. Bellido submits this Notice of Appearance on behalf of these Defendants.

Ashley Gomez-Rodon, Esq. currently appears as counsel of record for these Defendants. Defendants Czar Marketing Group, LLC; and Vacation Resorts

Consultants, LLC d/b/a Any 3 Nights have retained ROIG Lawyers to assume representation in this matter and requests substitution of counsel accordingly. This request is made jointly by withdrawing counsel, substituting counsel, and Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights.

Defendants consent to the withdrawal of Ashley Gomez-Rodon, Esq. and the substitution of Nelson C. Bellido, Esq. as counsel of record. The requested substitution will not delay proceedings or prejudice any party. All existing deadlines may remain in place, and substituting counsel is prepared to comply with the current schedule.

For the foregoing reasons, the undersigned respectfully request that the Court enter an order: (1) granting the withdrawal of Ashley Gomez-Rodon, Esq. as counsel of record for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights; (2) substituting Nelson Bellido of ROIG Lawyers as counsel of record for Defendants; and (3) directing the Clerk to update the docket accordingly.

Please take notice that Nelson C. Bellido of ROIG Lawyers, Florida Bar No. 974048, with an office located at 201 S. Biscayne Blvd, Suite 2882, Miami, FL 33131, telephone 305-405-0997, and email nbellido@roiglawyers.com, hereby appears as counsel of record for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights. Counsel is admitted to practice in the Middle District of Florida.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised herein via telephone and via email on September 9. Plaintiff's counsel responded by email to other issues but did not state Plaintiff's position regarding this motion. Upon receiving Plaintiff's position, Defendants will file a supplement reflecting Plaintiff's position on the motion.

Submitted by,

**COZEN O'CONNOR**
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Tel: (305) 358-2966
Fax: (305) 704-5955

*/s/ Ashley Gomez-Rodon*
Ashley Gomez Rodon
Florida Bar No. 1010237
Agomez-rodon@cozen.com
*Attorney for Defendants*

Agreed and accepted,

**ROIG LAWYERS**
201 S. Biscayne Blvd
Suite 2882
Miami , FL 33131
Tel: (305) 405-0997

*/s/ Nelson C. Bellido*
Nelson C. Bellido
Florida Bar No. 974048
nbellido@roiglawyers.com
*Attorney for Defendants Czar Marketing Group, LLC; and Vacation Resorts Consultants, LLC d/b/a Any 3 Nights*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2026, I electronically filed the foregoing document with the Clerk of Court CM/ECF, and it is being served on all counsel of record identified on the attached Service List in the manner specified.

*/s/Ashley Gomez-Rodon*
Ashley Gomez Rodon

## SERVICE LIST

**VIA CM/ECF:**
Christopher Gold, Esq.
Gold Law, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139 305-900-4653
Email: chris@chrisgoldlaw.com
*Attorney for Plaintiff and*
*the Proposed Class*